IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION


------------------------------------------------   :
WILLIAM DWIGHT DOTSON,                      : CASE NO.  1:04 CV 2281
                                                          :
                                      Plaintiff,    :
                                                          :
                    -vs-                            : JUDGMENT ENTRY
                                                          :
                                                          :
REGINALD A. WILKINSON, et al.,             :
                                                          :
                                   Defendants.   :
------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

        This Court, having contemporaneously entered its Memorandum of Opinion and

Order Granting Defendants' Motion to Dismiss, hereby enters judgment in favor of

defendants Reginald Wilkinson, Brian Cain, and Bruce Martin, and against plaintiff

William Dwight Dotson.


        IT IS SO ORDERED.


                                            _____/s/ Lesley Wells_____
                                            UNITED STATES DISTRICT JUDGE

Dated: 9 March 2007